UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLISLE DAVIS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SCOTT KERNAN,<br><br>　　　　Respondent. | No. 2:18-cv-1996 JAM CKD P<br><br><br>ORDER |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

In addition, petitioner has requested an extension of time to file and serve an opposition to respondent's December 20, 2018 motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (ECF No. 20) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

/////

1

2. Petitioner's motion for an extension of time (ECF No. 19) is granted; and

3. Petitioner shall file and serve any opposition to respondent's motion to dismiss within ninety days from the date of this order.

4. In light of petitioner's notice of an upcoming move to a new location (ECF No. 21), the Clerk of Court is directed to serve a copy of this order on petitioner at his address of record as well as at California State Prison-Los Angeles County, ASU1-148L, Inmate Legal Mail, P.O. Box 8457, Lancaster, CA 93539-8457.

Dated: February 20, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/davi1996.110+111