UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLISLE DAVIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN,<br><br>　　　　　Respondent. | No. 2:18-cv-1996 JAM CKD P<br><br><br>ORDER |

Petitioner has requested a second extension of time to file and serve a response to respondent's December 20, 2018 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Petitioner's motion for an extension of time (ECF No. 23) is granted in part; and

　　2. Petitioner shall file and serve any opposition to respondent's motion to dismiss on or before July 8, 2019.

　　3. No further extensions of time shall be granted.

Dated: June 3, 2019

　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/davi1996.111