UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CARLISLE DAVIS,

Petitioner,

v.

SCOTT KERNAN,

Respondent.

No. 2:18-cv-01996-JAM-CKD-P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2019, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 29, 2019, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 18) is granted;

3. Petitioner's first amended application for a writ of habeas corpus (ECF No. 3) is dismissed with prejudice as barred by the statute of limitations.

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: October 7, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE