UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLISLE DAVIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN,<br><br>　　　　　Respondent. | No. 2:18-cv-1996 JAM CKD P<br><br><br><br>ORDER |

Petitioner requested the appointment of counsel in this federal habeas corpus action at the same time he filed his notice of appeal from the judgment dismissing the petition with prejudice. ECF Nos. 32, 33, 36. As this case is now on appeal, the court will deny petitioner's motion for the appointment of counsel without prejudice to its renewal in the Ninth Circuit Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 36) is denied without prejudice.

Dated: November 25, 2019

　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/davi1996.110